OFFICE OF DISCIPLINARY COUNSEL *v.* BEANE.

[Cite as *Disciplinary Counsel v. Beane* (1995), 72 Ohio St.3d 480.]

(No. 95–395—Submitted April 4, 1995—Decided July 12, 1995.)

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Thomas V. Ferrero,* for respondent.

*Per Curiam.* Having reviewed the record in this cause, we concur in the board's findings of misconduct and its recommendation. Respondent is hereby suspended from the practice of law in Ohio for a period of six months, and he is afforded no credit for time served under prior suspensions. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.